WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff Nathan Bennett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE

| | |
|---|---|
| NATHAN BENNETT, | Case No.: C-11-04744 LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| THERMO FISHER SCIENTIFIC INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that plaintiff may file a First Amended Complaint, a copy of which is attached as Exhibit A.

Dated: 12/29/11                JACKSON LEWIS LLP.

By: _____
Rebecca Benhuri
Attorneys for Defendant Thermo Fisher Scientific Inc.

1

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**

Dated: 12/29/11

POLARIS LAW GROUP LLP

By: /s/ William L. Marder
William L. Marder, Attorney for Plaintiff
Nathan Bennett

### ORDER

IT IS ORDERED that plaintiff may file a first amended complaint.

Dated: January 17, 2012

/s/ Lucy H. Koh
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT