UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

NATHAN BENNETT,
    Plaintiff,

v.

THERMO FISHER SCIENTIFIC, INC.,
    Defendant.

No. C 11-4744 LHK

**ORDER RE: ATTENDANCE**

Date: May 10, 2012
Mediator: Ray Wong

    IT IS HEREBY ORDERED that the request to excuse defendant Thermo Fisher Scientific's representative from appearing in person at the May 10, 2012, mediation before Ray Wong is DENIED. The court finds that defendant has not made adequate showing that requiring the representative to appear in person would cause her 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d). Accordingly the request is DENIED and the representative shall appear in person at the session.

    IT IS SO ORDERED.

May 3, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge