UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN BENNETT,  )<br>　　　　　　　　　　　　　 )<br>　　　　Plaintiff,　　 )<br>　v.　　　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>THERMO FISHER SCIENTIFIC, INC., )<br>　　　　　　　　　　　　　 )<br>　　　　Defendant.　 )<br>_____) | Case No.: C-11-04744 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that the above-captioned action has settled.[1] Plaintiff Nathan Bennett ("Bennett") shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) later than June 11, 2012. If a dismissal is not filed by that date, Bennett shall appear on June 12, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

---

[1] *See* Docket No. 31.

Case No.: C 11-4744 PSG
STANDBY ORDER TO SHOW CAUSE

1 | Federal Rule of Civil Procedure 41(b).
2 |     IT IS SO ORDERED.
3 |
4 | Dated: 5/14/2012
5 |                            PAUL S. GREWAL
                           United States Magistrate Judge

Case No.: C 11-4744 PSG
STANDBY ORDER TO SHOW CAUSE