|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

NATHAN BENNETT,                         )      Case No.: C 11-04744 PSG
                                        )
              Plaintiff,                )      **ORDER DISSOLVING ORDER TO**
       v.                               )      **SHOW CAUSE**
                                        )
THERMO FISHER SCIENTIFIC, INC.,         )      **(Re: Docket No. 32)**
                                        )
              Defendant.                )
_____ )

On May 14, 2012, the court ordered Plaintiff Nathan Bennett ("Bennett") to file a stipulation of dismissal no later than June 11, 2012 or appear on June 12, 2012 and show cause why the case should not be dismissed ("May 14 order to show cause"). On May 17, 2012, the parties filed a stipulation and proposed order approving settlement of claim pursuant to the Private Attorneys General Act, California Labor Code Section 2698.[1] As part of the stipulation, the parties agreed that the action would be dismissed with prejudice. On June 6, 2012, the undersigned approved the stipulation.[2]

IT IS HEREBY ORDERED that the May 14 order to show cause is dissolved.

---

[1] *See* Docket No. 33.

[2] *See* Docket No. 35.

Case No. C 11-4744 PSG
ORDER

1  **IT IS SO ORDERED**.

2  Dated:    6/6/2012

3  _____
4  PAUL S. GREWAL
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 11-4744 PSG
ORDER